**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

_____

**IN RE PSS WORLD MEDICAL, INC.**          **CASE NO.: 3:01-cv-795-J-16-TEM**
**SECURITIES LITIGATION**
_____

This Document Relates To:

ALL ACTIONS
_____

## O R D E R

Before the Court is the Plaintiffs' Notice of Filing Proposed Order Authorizing Distribution of the Net Settlement Fund and Approving Payment of Administrator's Fees and Expenses and Affidavit of Michael Rosenbaum in Support of Motion to Distribute Net Settlement Fund (Dkt. 87). The Proposed Order complies with all the requirements set forth in the Court's previous orders in this case, including the Final Judgment and Order of Dismissal with Prejudice entered on June 9, 2004 (Dkt. 85), as well as the Plan of Distribution of Net Settlement Fund Among Class Members as set forth in the Notice to the Class. Moreover, the Court notes that no interested parties have objected to the Proposed Order or to the prosed distribution of settlement funds as set forth in Rosenbaum's Affidavit.

Accordingly, upon due consideration, it is hereby **ORDERED and ADJUDGED:**

1. The Plaintiffs' Motion to Distribute Net Settlement Fund is **GRANTED.** The Court authorizes the distribution of the Net Settlement Fund among class members, as set forth in the Affidavit of Michael Rosenbaum (Dkt. 87).

2. The Court further authorizes Berdon Claims Administration LLC to be paid its outstanding fees and expenses in the amount of $108,749.74 out of the Net Settlement Fund, prior to the distribution to the class members.

**DONE AND ORDERED** in Chambers at Jacksonville, Florida this 3rd day of June, 2005.

JOHN H. MOORE II
United States District Judge

**Copies to:**     Counsel of Record